UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LINDSEY CENAC AND CAMI CENAC, Individually and on behalf of their Deceased father, OLVIDE J. CENAC | CIVIL ACTION |
| | No. 09-3686 |
| VERSUS | |
| DR. PAUL J. HUBBELL, III AND MEDTRONIC USA, INC. | SECTION: I/4 |

## ORDER AND REASONS

Before the Court is an unopposed motion to dismiss pending medical review filed by defendant, Dr. Paul J. Hubbell.[1] For the following reasons, the motion is **GRANTED.**

### *BACKGROUND*

On April 24, 2009, plaintiffs, Lindsey Cenac and Cami Cenac, acting individually and on behalf of their deceased father, Olvide Cenac ("Mr. Cenac"), filed a lawsuit in state court. Plaintiffs allege that in March, 2008, defendant, Dr. Paul J. Hubbell, implanted a medication pump into Mr. Cenac. The pump was designed to dispense a controlled amount of medication directly into the area around the spine. Plaintiffs allege that on April 29, 2008, the pump malfunctioned and administered a lethal dose of medication, killing Mr. Cenac. Plaintiffs assert that Dr. Hubbell acted negligently by: (1) installing a medication pump he knew or should have known was defective; (2) negligently installing the pump; (3) failing to advise Mr. Cenac that the pump was defective; and (4) improperly calibrating and/or programming the pump either prior to or after the surgical implantation of the pump.[2]

---

[1]Rec. Doc. No. 13.

[2]Rec. Doc. No. 1.

1

On July 6, 2009, Dr. Hubbell filed this motion to dismiss plaintiffs' lawsuit because it was filed prior to the outcome of a medical review panel as required by the Louisiana Medical Malpractice Act.[3]

## LAW AND ANALYSIS

*Louisiana Medical Malpractice Act*

The Louisiana Medical Malpractice Act requires a person alleging a malpractice claim against a qualified health care provider to submit the claim to a medical review panel prior to filing a lawsuit.[4] La. Rev. Stat. Ann. § 40:1299.47(A) and (B) (2009). Malpractice is defined as "any unintentional tort or any breach of contract based on health care or professional services rendered, or which should have been rendered, by a health care provider, to a patient." La. Rev. Stat. Ann § 40:1299.41(A)(9) (2009); see also Bauman Tenet Health Systems Hospitals, Inc., 2000 WL 1219151, *4 (E.D. La. Aug. 25, 2000) ("malpractice actions are based on negligence and seek to compensate victims for injuries suffered when health care providers breach the applicable standard of care"). A healthcare provider is "a person...licensed or certified by this state to provide health care or professional services as a physician." La. Rev. Stat. Ann § 40:1299.41(A)(10) (2009).

If a lawsuit is filed in a matter governed by the Louisiana Medical Malpractice Act prior to the outcome of the medical review board, the lawsuit must be dismissed. See e.g. Richardson v. Advanced Cardiovascular Systems, Inc., 865 F.Supp. 1220, 1221 (E.D.La. 1994); Miller v.

---

[3]La. Rev. Stat. Ann. § 40:1299.47(A) and (B) (2009).
[4]The act states: "[n]o action against a health care provider covered by this Part, or his insurer, may be commenced in any court before the claimant's proposed complaint has been presented to a medical review panel established pursuant to this section." La. Rev. Stat. Ann. § 40:1299.47(B)(1)(a)(I) (2009).

Griffin-Alexander Drilling Co., 685 F.Supp. 960, 967 (W.D.La. 1988), aff'd, 873 F.2d 809, 814 (5th Cir. 1989); Roberts v. Russo, 400 So.2d 354 (La.App. 4th Cir. 1981) (citing Everett v. Goldman, 359 So.2d 1256 (La. 1978)).

Plaintiffs' claims against Dr. Hubbell are malpractice claims covered by the Louisiana Medical Malpractice Act. They allege that their father was injured while being treated by Dr. Hubbell due to his negligence in the insertion and use of the medication pump. No claim has been presented to a medical review panel. Accordingly, plaintiffs' claims against Dr. Hubbell are premature under Louisiana law.

**IT IS ORDERED** that defendant's motion is **GRANTED** and that plaintiffs' claims are hereby **DISMISSED WITHOUT PREJUDICE** pending the outcome of a medical review panel.

New Orleans, Louisiana, August 4, 2009.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**